Nov. Term, 1853.

THE STATE
v.
FIMPLE.

Saturday, December 31.

---

## THE STATE *v.* FIMPLE.

Saturday, December 31.

ERROR to the *Delaware* Circuit Court.

*Per Curiam.*—Indictment for violating the estray laws. Motion to quash in the Court below sustained.

There is no brief on either side. On examination we consider the indictment substantially good.

The judgment is reversed with costs. Cause remanded, &c.

*J. S. Buckles,* for the state.

*D. Kilgore,* for the defendant.

